

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ALLEN KELSO,                    §
                               §
        Plaintiff,             §
                               §
v.                             §        2:21-CV-174-Z-BR
                               §
FAMILY DOLLAR STORES, INC.,    §
                               §
        Defendant.             §
                               §

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal filed on January 5, 2022 (ECF

No. 12). The Court acknowledges the parties' Joint Stipulation of Dismissal pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(ii) and **ORDERS** this case to be dismissed **WITH PREJUDICE.**

Accordingly, this case has been terminated. The Court hereby **ORDERS** the United States District

Clerk to **CLOSE** this civil case.

**SO ORDERED.**

January 6, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE